**Christopher Awajaman CHI, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

**No. 05–60235**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 7, 2006.

Michael W. Eheman, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, John Clifford Cunningham, Edward C. Durant, Alberto R. Gonzales, Mark L. Gross, Karl N. Gellert, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Christopher Awajaman Chi, a native and citizen of Cameroon, has petitioned for review of an order of the Board of Immigration Appeals (BIA) affirming the immigration judge's (IJ) decision denying Chi's application for asylum, for withholding of deportation, and for relief under the Convention Against Torture (CAT). Chi has failed to show that the record compels reversal of the finding of the BIA and IJ that Chi failed to give credible testimony that he is entitled to asylum or withholding of removal. *Chun v. INS,* 40 F.3d 76, 78 (5th Cir.1994); *Mikhael v. INS,* 115 F.3d 299, 302 (5th Cir.1997). Because Chi does not argue in his brief that he is entitled to relief under the CAT, he has abandoned any challenge to the denial of that relief. *See Rodriguez v. INS,* 9 F.3d 408, 414 n. 15 (5th Cir.1993). Chi's petition for review of the BIA's affirmance of the IJ's denial of his application for asylum, withholding of removal, and relief under the CAT is DENIED.

---

*inter alia,* the alien's commission of an aggravated felony").

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.